# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT MARTINSBURG

KIMBERLY D. WELLER,
KIMBERLY D. WELLER
as Executor for the Estate of
RICHARD B. WELLER, and
RICHARD BRADLEY WELLER,

           Plaintiffs,    Civil Action No. 3:16-cv-00110
                                 (Groh)

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

           Defendant.

## DEFENDANT JPMORGAN CHASE BANK, N.A.'S
## PROPOSED VOIR DIRE QUESTIONS

Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant") hereby submits the following proposed Voir Dire questions. Chase requests that these questions be presented to potential jurors, in addition to those questions that the Court normally poses.

1.    Have you or any of your immediate family members ever been represented by or had legal work performed by the Plaintiffs' attorneys?

2.    Have you or any members of your immediate family been involved in any legal matter where any of the attorneys involved in this case represented any other party in that legal matter?

3.    Have any of you or any of your family members ever conducted business with or been a social acquaintance with Plaintiffs or their immediate family members? If so, please identify the person and describe the relationship.

4. How many of you have a mortgage on the home you own or have ever had a mortgage?

5. Have any of you or any family members been subject to foreclosure? If so, who was the foreclosing institution?

6. Have you or any family members ever filed for bankruptcy?

7. Have you or any family members been involved in a lawsuit against a bank or other lending institution?

8. How many of you believe that when you take out a loan, you are responsible for repayment of the loan?

9. Have you or any family members ever worked for a bank or other lending institution?

10. How many of you would find it difficult to deliver a verdict in favor of the Defendant if Plaintiffs fail to prove their claims?

11. How many of you would find it difficult to award no money to the Plaintiffs if they failed to prove any damages as a result of the conduct of the Defendant?

12. Do any of you have any strong feelings for or against banks?

13. Have you or any of your family members defaulted on a loan?

14. Have you or any of your family members ever received collection calls from a lender in an attempt to collect a debt?

15. Have you or any of your family members ever gone through a bank's loss mitigation process? If so, when?

16. Have you or any of your family members been told by a lender that they will not accept payments or partial payments?

17.     Do any of you believe that people today do not take responsibility for their actions?

18.     Do any of you believe that people today are too quick to point the finger at someone else for the root of their problems?

19.     Do any of you believe that people today are too litigious, meaning too many frivolous lawsuits are filed?

                                                  **JPMORGAN CHASE BANK, N.A.**

/s/ Nathan I. Brown
Nathan I. Brown, Esquire (WV Bar No. 11900)
Randall L. Saunders, Esquire (WV Bar No. 10162)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Huntington, West Virginia  25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

KIMBERLY D. WELLER,
KIMBERLY D. WELLER
as Executor for the Estate of
RICHARD B. WELLER, and
RICHARD BRADLEY WELLER,

                       Plaintiffs,      Civil Action No. 3:16-cv-00110
                                                (Groh)

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                       Defendant.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 24th day of July, 2017, the foregoing ***"Defendant JPMorgan Chase Bank, N.A.'s Proposed Voir Dire Questions"*** was filed with the Court through the CM/ECF system which will automatically send electronic notification of the filing to the following individual:

        Jennifer S. Wagner, Esquire
        Mountain State Justice, Inc.
        215 South 3rd Street, Suite 901
        Clarksburg, WV 26301
        Jennifer@msjlaw.org
        *Counsel for Plaintiffs*

                                          /s/ Nathan I. Brown