IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

KIMBERLY D. WELLER;
KIMBERLY D. WELLER, as Executor
for the Estate of Richard B. Weller;
and RICHARD BRADLEY WELLER,

        Plaintiffs,

v.                                 CIVIL ACTION NO.: 3:16-CV-110
                                      (GROH)

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,

        Defendant.

**ORDER DENYING STIPULATION EXTENDING DEADLINES**

On July 20, 2017, the parties filed a stipulation extending deadlines of their Federal Rule of Civil Procedure 26(a)(3) disclosures, voir dire, jury instructions, verdict forms and exhibit binders.  ECF No. 96.  Pursuant to this Court's Scheduling Order, these materials are to be filed, or delivered to the Clerk's Office as instructed, by no later than July 24, 2017.  The parties have twice moved for extensions of deadlines in this case.  ECF Nos. 60, 88.  In its most recent Order granting an extension of the discovery date, the Court advised that "no additional extensions will be granted and all other deadlines remain in full force and effect."  ECF No. 90.

Regardless of the parties' informal agreement to extend the deadlines as articulated above, the dates within the Court's Scheduling Order, with the inclusion of modifications granted April 25, 2017, and June 26, 2017, remain intact.  Accordingly,

because the parties are not at liberty to extend deadlines within Court orders at their own behest, the Court **DECLINES** to acknowledge the present stipulation.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** July 24, 2017

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE