IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISSTRICT OF WEST VIRGINIA
AT MARTINSBURG

**KIMBERLY D. WELLER,**
**KIMBERLY D. WELLER**
**as Executor for the Estate of**
**RICHARD B. WELLER, and**
**RICHARD BRADLEY WELLER,**

     Plaintiffs,

v.                                     Civil Action No. 3:16-CV-110

**JPMORGAN CHASE BANK,**
**NATIONAL ASSOCIATION,**

     Defendant.

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PROPOSED VIOR DIRE

Plaintiffs object to Defendant's proposed voir dire questions 17 through 19 because they are likely to prejudice the jury. These questions are argumentative, provide a point of view that is prejudicial to Plaintiffs, and are likely to encourage jurors to taint the pool by making statements that are prejudicial in response to these questions.

                              **Respectfully submitted,**

                              **Plaintiffs,**

                              **KIMBERLY D. WELLER,**
                              **KIMBERLY D. WELLER**
                              **as Executor for the Estate of**
                              **RICHARD B. WELLER, and**
                              **RICHARD BRADLEY WELLER,**

                              **By Counsel,**

 /s/ Jennifer S. Wagner_____
Jennifer S. Wagner (WV Bar No. 10639)
Mountain State Justice, Inc.
215 S. Third Street, Suite 901
Clarksburg, WV 26301

(304) 326-0188
(304) 326-0189 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISSTRICT OF WEST VIRGINIA
## AT MARTINSBURG

**KIMBERLY D. WELLER,**
**KIMBERLY D. WELLER**
**as Executor for the Estate of**
**RICHARD B. WELLER, and**
**RICHARD BRADLEY WELLER,**

    **Plaintiffs,**

**v.**                                                               Civil Action No. 3:16-CV-110

**JPMORGAN CHASE BANK,**
**NATIONAL ASSOCIATION,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Jennifer S. Wagner, counsel for the Plaintiffs, do hereby certify that on the 7th day of August, 2017, I electronically filed ***Plaintiffs' Objections to Defendant's Proposed Voir Dire*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Randall L. Saunders, Esq.
Nathan I. Brown, Esq.
Kendra L. Huff, Esq.
Ashley N. Quaranta, Esq.
Nelson Mullins Riley & Scarborough LLP
949 Third Avenue, Suite 200
Huntington, WV 25701

                                                          /s/ Jennifer S. Wagner_____
                                                          Jennifer S. Wagner (State Bar ID No. 10639)